wale B



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 20, 2015

**BY EMAIL**

Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 425
New York, New York 10007

   Re: **United States v. Katerina Arvanitakis,**
     **15 Cr. 457**

Dear Judge Fox:

   The Government writes to respectfully request that the above-reference indictment, which was filed under seal, be unsealed and assigned to a United States District Judge in order that the defendant may be presented and arraigned on the charges in the indictment.

7/20/15
Application granted.
  SO ORDERED:

_____
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:  */s/ Michael D. Lockard*
   Michael D. Lockard
   Assistant United States Attorney
   (212) 637-2193

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 0 2015