USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 23, 2015

*DIANE FERRONE, ESQ.*
*205 W. 54th Street, # 2D*
*New York, NY 10019*
*(646) 337-9010*
*Fax (212) 401-0206*
*diane@dianeferronelaw.com*
*www.dianeferronelaw.com*

**MEMO ENDORSED**

July 23, 2015

<u>Via Email</u>

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: <u>United States v. Katerina Arvanitakis</u>, 15-cr-457

Your Honor:

    I am counsel to defendant Katerina Arvanitakis.  I write to respectfully request a one week extension, to August 3, 2015, for Ms. Arvanitakis to have two co-signers sign her bond.  This is the first request for an extension of time.

    Ms. Arvanitakis was arraigned before Your Honor on Monday July 20, 2015.  She was released on a $150,000 personal recognizance bond, and currently has until July 27, 2015, for two co-signers to sign the bond.

    I have been in contact with AUSA Michael Lockard about potential suretors.  However, I respectfully request one additional week for two co-signers to sign the bond.  AUSA Lockard has no objection to this request.

    Respectfully submitted,

    /s/

    Diane Ferrone

Application GRANTED.

Dated: July 23, 2015
    New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE