IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | NOTICE OF APPEARANCE |
| v. | ] | |
| BRANDON LISI and | ] | Indictment No. 15-cr-457 |
| KATERINA ARVANITAKIS, | ] | |
| Defendants. | ] | |
| | ] | |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney hereby respectfully requests the Clerk to note his appearance in this case as defense counsel for defendant Katerina Arvanitakis and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Dated: August 3, 2015
Fort Lee, New Jersey

Respectfully Submitted,

Patrick A. Mullin, Esq.
400 Kelby Street, Suite 1400
Fort Lee, New Jersey 07024-2943
(201)242-9600
Attorney for Defendant, Katerina Arvanitakis