USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 6, 2015

MEMO ENDORSED

LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                                    FAX 212-964-2926

August 4, 2015

Honorable Katherine P. Failla
Southern District of New York
40 Foley Square
New York, N.Y. 10007
via: Failla_NYSDchambers@nysd.uscourts.gov

**Re: United States v. Brandon Lisi, et al.**
15 Cr. 457 (KPF)

Your Honor:

I represent Brandon Lisi and write on behalf of both Mr. Lisi and co-defendant Katerina Arvanitakis, by Patrick Mullin, Esq.  The defense requests an adjournment of the conference which is currently scheduled for August 10, 2015, to a date during either the week of October 19 or 26, 2015.

During the intervening period the government will provide counsel with discovery, which I understand is voluminous, and the defense will review the same. At the next conference counsel will be prepared to discuss either the need for futher disclosure or what if any motions are anticipated.

The adjournment is also sought to facilitate the return of Brandon Lisi to Canaan Camp, where he is currently serving a sentence and has been receiving needed medical attention. Mr. Lisi recently had surgery that requires follow-up care by the non-facility physician who treated him in Pennsylvania.

Michael Lockard, Esq. is on vacation this week, thus I have not spoken with him today. However, he stated he had no objection when I raised these issues with him last week. Inasmuch as the adjournment would be for the disclosure and review of discovery, the time between today and the next conference should be excluded from speedy trial calculations.

Respectfully,

*Lisa Scolari*

Lisa Scolari

cc: Michael Lockard, Esq. and Patrick Mullin, via email

Application GRANTED.  It is hereby ORDERED that the conference scheduled for August 10, 2015 is ADJOURNED to **October 21, 2015,** at 3:00 p.m.  The Court hereby excludes the time between August 6, 2015, and October 21, 2015, under the Speedy Trial Act, finding that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial, because it will permit defense counsel to review discovery.

Dated: August 6, 2015
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE