LISA SCOLARI
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                                                                FAX 212-964-2926

October 16, 2015

Honorable Katherine P. Failla
Southern District of New York
40 Foley Square
New York, N.Y. 10007
via: Failla_NYSDchambers@nysd.uscourts.gov

**Re: United States v. Brandon Lisi, et al.**

15 Cr. 457 (KPF)

Your Honor:

    I represent Brandon Lisi and write on behalf of Mr. Lisi with the consent of the co-defendant Katerina Arvanitakis, by Patrick Mullin, Esq., and the government, to request an adjournment of the conference currently scheduled for October 21, 2015.

    The government has provided defense counsel with several DVDs containing a tremendous amount of discovery, close to 100,000 pages of documents-- some of which is Bates stamped 000001- 0099626. In addition to the time that counsel needs to review the material, my client Brandon Lisi has yet to receive the material because he has been moved around within the Bureau of Prisons (BOP). Mr. Lisi, who is serving a sentence on another case, was sent back to Canaan, where we expected him to be returned to the Camp. Instead, he was held in the special housing unit (SHU) at the Canaan Penitentiary while the BOP determined where to re-designate him. Mr. Lisi has recently been moved to FCI at Ft. Dix, but has yet to receive the discovery discs that the government agreed to send to him.

    In light of the vast volume of discovery and the time needed to review it, the defense seeks an adjournment to a date in mid-January, 2016. Inasmuch as the adjournment would be for the review of discovery, the time between today and the next conference should be excluded from speedy trial calculations.

                                                        Respectfully,

                                                        *Lisa Scolari*

                                                        Lisa Scolari

SO ORDERED:

_____
HON. KATHERINE P. FAILLA

cc: Michael Lockard, Esq. and Patrick Mullin, via email