```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                       :
   UNITED STATES OF AMERICA                            :
                                                       :
                    v.                                 :    15 Cr. 457-1 (KPF)
                                                       :
   BRANDON LISI AND KATERINA                           :         ORDER
   ARVANITAKIS,                                        :
                                                       :
                                        Defendants.    :
                                                       :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 29, 2017

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that a change of plea proceeding as to the defendant, Brandon Lisi, will be held before this Court on **April 3, 2017 at 9:30 a.m.** It is further ORDERED that the defendant is permitted to appear for the change of plea proceeding by video conference from Federal Correctional Institution Fort Dix.

SO ORDERED.

Dated:   March 29, 2017
         New York, New York

_____
         KATHERINE POLK FAILLA
         United States District Judge